1   MICHELE M. DESOER (SBN 119667)
      *mdesoer@zuberlaw.com*
2   JEFFREY J. ZUBER (SBN 220830)
      *jzuber@zuberlaw.com*
3   ZUBER LAWLER & DEL DUCA LLP
    777 S. Figueroa Street, 37th Floor
4   Los Angeles, California 90017   USA
    Telephone: +1 (213) 596-5620
5   Facsimile: +1 (213) 596-5621

6   Attorneys for Plaintiff Leadership Studies, Inc.

7

8                UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  LEADERSHIP STUDIES, INC., a          CASE NO.  2:15-cv-9459
    California corporation,
12                                        **COMPLAINT FOR:**

13              Plaintiff,                1.  **TRADEMARK INFRINGEMENT**
                                              **UNDER THE LANHAM ACT, 15**
14          v.                                **U.S.C.A. § 1125;**
                                          2.  **COPYRIGHT INFRINGEMENT;**
15  READYTOMANAGE, INC., a               3.  **UNFAIR COMPETITION;**
    California corporation, WORLDWIDE     4.  **INJUNCTIVE RELIEF; and**
16  CENTER FOR ORGANIZATIONAL            5.  **DECLARATORY RELIEF**
    DEVELOPMENT, LLC, a California
17  Limited Liability Company, TEAM       **DEMAND FOR JURY TRIAL**
    PUBLICATIONS, a company of
18  unknown entity form, PROFILES-R-
    US.COM, Pty. Ltd., an Australian
19  proprietary limited company, JON
    WARNER, an individual, and DOES 1
20  through 10, inclusive,

21              Defendant.

22

23

24

25

26

27

28

**COMES NOW PLAINTIFF**, Leadership Studies, Inc., and for its causes of action alleges as follows:

## INTRODUCTION

1.      Defendants ReadyToManage, Inc. ("ReadyToManage"), Worldwide Center for Organizational Development, LLC ("WCOD"), Team Publications, and Profiles-R-Us.com, Pty. Ltd. ("Profiles-R-Us") have engaged in a continuous pattern of creating, marketing, and selling materials that blatantly infringe on both the trademarks and copyrights of plaintiff Leadership Studies, Inc. ("Leadership Studies").

2.      Many of these materials are ostensibly authored by Defendant Jon Warner ("Warner") and/or WCOD, and WCOD purports to claim copyrights in them.

3.      There is no doubt that these infringements are intentional because Warner, ReadyToManage's founder and Chairman of the Board, is also the Chief Executive Officer of WCOD, which previously has been required by Leadership Studies to cease and desist its marketing and sale of materials that infringe upon Leadership Studies' trademarks and copyrights.

4.      Furthermore, Leadership Studies has demanded that ReadyToManage cease and desist its marketing and sales of materials that infringe on Leadership Studies' trademarks and copyrights.   In response to these demands, ReadyToManage has only (a) modified the URLs of some of its webpages and (b) changed the titles of some of the materials, but continues to market and sell the identical infringing materials.

## PARTIES

5.      Plaintiff Leadership Studies, Inc. ("Leadership Studies" or "Plaintiff") is a corporation organized and existing under the laws of the State of California and doing business and having offices in Cary, North Carolina.   Leadership Studies is engaged in the business of, *inter alia*, teaching and promoting the "Situational

Leadership® Model," which enables managers, salespeople, peer leaders, teachers, and parents to interface with and influence others more effectively.   Leadership Studies conducts workshops and certification processes with its customers, who use its unique curriculum to guide the customers onto the path of becoming more effective leaders.   Leadership Studies also publishes various works over which it maintains valid copyrights.

6.    Defendant ReadyToManage, Inc. ("ReadyToManage") is a corporation organized and existing under the laws of the State of California and doing business and having offices in Los Angeles, California.

7.    Defendant Worldwide Center for Organizational Development, LLC ("WCOD") is a California Limited Liability Company existing under the laws of the State of California, and doing business and having offices in Los Angeles, California.

8.    Defendant Team Publications is a business entity of unknown form that is identified on certain websites and an Australian division of WCOD.   Team Publications does business and has offices in Los Angeles, California.

9.    Defendant Profiles-R-Us.com, Pty. Ltd. ("Profiles-R-Us") is an Australian proprietary limited company that does business and has offices in Los Angeles, California.

10.    ReadyToManage, WCOD, Team Publications, and Profiles-R-Us are referred to herein collectively as the Company Defendants.   All of the Company Defendants are identified as having offices at the same location in Los Angeles, California.

11.    WCOD's website identifies ReadyToManage and Team Publications as "divisions" of WCOD.

12.    ReadyToManage's website states that "[t]he ReadyToManage Webstore features products from their own brands including Profiles-R-Us, Rapid Skill Builders, 20-20 MDS Management Development Systems, Team Publications

1  and ReadyToManage" and identifies WCOD as one of the brands carried.

2    13. The ReadyToManage website also states that "[t]he ReadyToManage

3  Webstore is a service of ReadyToManage, Inc., Worldwide Center for

4  Organizational Development, [and] Team Publications."

5    14. The ReadyToManage website also identifies WCOD and Team

6  Publications two of its "publishing partners."

7    15. Jon Warner ("Warner") is an individual who Plaintiff is informed and

8  believes resides in the County of Los Angeles. He is identified as (a) an "Author

9  and Chief Editor" of ReadyToManage, (b) the Chairman of the Board of

10  ReadyToManage, and (c) the Executive Chairman and Chairman of the Board of

11  WCOD. His LinkedIn profile also indicates that he was the CEO of Team

12  Publications Pty Ltd for several years.

13    16. Warner is also identified as the purported author of many of the

14  materials identified herein that infringe upon Leadership Studies' trademarks and

15  copyrights.

16    17. Plaintiff is informed and believes that at all times mentioned herein

17  Warner was acting as an agent, owner, employee, partner, director, and/or manager

18  of each of the Company Defendants, and that he had actual authority to act on their

19  behalf.

20    18. Plaintiff is informed and believes, and based thereon alleges, that at all

21  times herein mentioned, the Company Defendants, in doing the things complained

22  of herein, were acting within the course and scope of their business operations. All

23  acts and omissions alleged to have been done by the Company Defendants were

24  done by employees, owners, directors, or managers on behalf of the Company

25  Defendants either at their direction or within the scope of the individuals' actual or

26  apparent authority on behalf of the Company Defendants.

27    19. Plaintiff is unaware of the true names and capacities, whether

28  individual, corporate, associate, or otherwise, of Defendants Does 1 through 10,

1  inclusive, or any of them, and therefore sues these defendants, and each of them, by
2  such fictitious names.  Plaintiff will seek leave to amend this Complaint when the
3  identities of these defendants are ascertained.  (The Company Defendants, Warner,
4  and Does 1-10 collectively "Defendants" or each "Defendant.")

5       20.    Plaintiff is informed and believes, and on that basis alleges, that each
6  Defendant conspired and acted in concert with each other to commit the wrongs
7  alleged herein, and in doing so were at all relevant times the agents, servants,
8  employees, principals, joint venturers, alter egos, and/or partners of each other.
9  Plaintiff is further informed and believes, and on that basis alleges, that in doing the
10  things alleged in this Complaint, each Defendant was acting within the scope of
11  authority conferred upon that Defendant by the consent, approval, and/or ratification
12  of other Defendants, whether said authority was actual or apparent.

13      21.    Plaintiff is informed and believes, and on that basis alleges, that there
14  exists such unity of ownership and interest between Warner and the Company
15  Defendants such that the separate personalities of Company Defendants and Warner
16  do not truly exist such that the Company Defendants are Warner's alter ego.

17      22.    Adherence to the fiction of the separate existence of the Company
18  Defendants as separate entities from Warner would permit the abuse of the corporate
19  privilege, and would sanction fraud and promote injustice.

20      23.    Plaintiff is further informed and believes, and on that basis alleges, that
21  the Company Defendants, and each of them, have such a unity of interest and
22  operations that separate personalities of these companies no longer exist and if the
23  acts are treated of any particular entity alone, an inequitable result will follow.
24  Plaintiff is informed and believes that the Company Defendants operate not as
25  separate entities but rather as one, with the separate companies' corporate, limited
26  liability, and other forms used to shield assets and other revenues.  Accordingly,
27  Plaintiff is informed and believes that the Company Defendants are the alter egos of
28  each other, in that they all share some or all of the same ownership, management,

1 │ and marketing.

2 │ **JURISDICTION AND VENUE**

3 │ 24.  This Court has original jurisdiction over this matter under 28 U.S.C.
4 │ Section 1331 because one of the claims asserted herein arises under Federal law, the
5 │ Lanham Act, § 32(1)(a), 15 U.S.C.A. § 1114(1)(a)).  This Court has supplemental
6 │ jurisdiction over the balance of Plaintiff's claims under 28 U.S.C. § 1367 because
7 │ the other causes of action in the instant complaint are so related to claim over which
8 │ this Court has original jurisdiction that they form part of the same case or
9 │ controversy.

10 │ 25.  Venue is proper in this Court because the Company Defendants
11 │ maintain offices, and do business, in Los Angeles, California, which lies within the
12 │ Central District of California.  28 U.S.C. §1391(b)(1).  Plaintiff is also informed and
13 │ believes that Warner resides within the Central District of California.

14 │ **GENERAL BACKGROUND AND LEADERSHIP STUDIES'**
15 │ **TRADEMARKS**

16 │ 26.  The founder of Leadership Studies, Dr. Paul Hersey, developed a
17 │ theory concerning a methodology for training managers to lead subordinates based
18 │ on those subordinates' personal characteristics and level of development.  He named
19 │ the model "Situational Leadership."

20 │ 27.  Leadership Studies also has developed numerous ancillary programs
21 │ and products that draw and expand upon the original Situational Leadership theory
22 │ and model, and has registered the trademarks associated with them.

23 │ 28.  The Mark "Situational Leadership®" is the subject of a valid trademark
24 │ registration by Leadership Studies with the U.S. Patent and Trademark Office
25 │ (Registration No. 3,407,887) for educational kits for improving management skills
26 │ and employee productivity, primarily composed of training manuals, video tapes,
27 │ pamphlets, and a board game used as an experience simulator, and for educational
28 │ services, namely, conducting seminars in the field of management skills.  The

5

1  Situational Leadership® Mark has been registered by Leadership Studies since April
2  8, 2008 and is incontestable.

3      29.    The Mark "Situational Leadership®" also is the subject of a valid
4  trademark registration by Leadership Studies with the U.S. Patent and Trademark
5  Office (Registration No. 4,222,028) for audio and video recordings featuring
6  educational material in the field of leadership skills and employee productivity,
7  printed educational materials in the field of educational material in the field of
8  leadership skills and employee productivity, and educational services, namely,
9  conducting seminars, workshops and online courses in the field of leadership skills
10  and employee productivity.  The Situational Leadership® Mark has been thus
11  registered by Leadership Studies since July 24, 2012.

12      30.    In addition, Leadership Studies has registered a trademark consisting of
13  a square with four quadrants intersected by a bell curve (the "Quadrant Mark").  The
14  Quadrant Mark is the subject of a valid trademark registration by Leadership Studies
15  with the U.S. Patent and Trademark Office (Registration No. 3491804) for
16  educational kits composed of prerecorded DVDs featuring educational material in
17  the field of leadership skills and employee productivity, educational kits composed
18  of training manuals and pamphlets in the field of leadership skills and employee
19  productivity, and educational services, namely, conducting seminars in the field of
20  leadership skills.  The Quadrant Mark has been registered by Leadership Studies
21  since June 10, 2008, and is incontestable.

22      31.    A modified version of the Quadrant Mark also is the subject of a valid
23  trademark registration by Leadership Studies with the U.S. Patent and Trademark
24  Office (Registration No. 4217307) for audio and video recordings featuring
25  educational material in the field of leadership skills and employee productivity,
26  printed educational materials in the field of leadership skills and employee
27  productivity, and Educational services, namely, conducting seminars, workshops,
28  and online courses in the field of leadership skills.  This version of the Quadrant

1  Mark has thus been registered by Leadership Studies since October 2, 2012.

2      32.    The Mark "Performance Readiness®" is the subject of a valid
3  trademark registration by Leadership Studies with the U.S. Patent and Trademark
4  Office (Registration No. 3,420,843) for educational publications, namely, training
5  manuals in the field of improving management skills and employee productivity.
6  The Performance Readiness® Mark has been registered by Leadership Studies since
7  April 29, 2008 and is incontestable.

8      33.    The Mark "Situational Coaching®" is the subject of a valid trademark
9  registration by Leadership Studies with the U.S. Patent and Trademark Office
10  (Registration No. 3,420,839) for educational kits for improving management skills
11  and employee productivity, primarily composed of training manuals, video tapes,
12  pamphlets, and a board game used as an experience simulator, and educational
13  services, namely, conducting seminars in the field of management skills.   The
14  Situational Coaching® Mark has been registered by Leadership Studies since April
15  29, 2008 and is incontestable.

16      34.    The Mark "Situational Selling®" is the subject of a valid trademark
17  registration by Leadership Studies with the U.S. Patent and Trademark Office
18  (Registration No. 1,442,468) for educational services, namely, conducting seminars
19  for increasing sales effectiveness.   The Situational Selling® Mark has been
20  registered by Leadership Studies since June 9, 1987 and is incontestable.

21      35.    The Situational Leadership® Mark, Quadrant Mark, Performance
22  Readiness® Mark, Situational Coaching® Mark, and Situational Selling® Mark are
23  referred to herein collectively as the Marks.

24      36.    The Marks have also gained a secondary meaning as referring to
25  products through which Leadership Studies provides training materials and
26  seminars. Leadership Studies markets and sells its products globally.

27                     **LEADERSHIP STUDIES' COPYRIGHTS**

28      37.    In or about February 1977, Management Education & Development,

Inc. ("MED") created an original literary work entitled "Leadership Effectiveness and Adaptability Description" (or "LEAD") (Registration No. TXu 186-155)." On or about August 7, 1987, MED assigned its copyright registration for LEAD to Leadership Studies.

38.     From the creation of the LEAD work in 1977 to the present, MED and then Leadership Studies continuously complied with the copyright laws of the United States.

39.     The LEAD work is an unpublished work to which Defendant had access, because Jon Warner, its Chairman of the Board, previously was affiliated with an entity that was licensed to distribute Leadership Studies materials including the LEAD work.

40.     Leadership Studies remains the sole proprietor of all rights, title, and interest in and to the LEAD work.

41.     Leadership Studies is informed and believes, and thereupon alleges that Defendants have been willfully infringing upon Leadership Studies copyrights in the LEAD work, by publishing and distributing works, without a license, that copy original elements of the LEAD work including, but not limited to, the 20-20 MDS materials on leadership and several profiles and materials related to the evaluation of those profiles.

42.     On or about June 15, 1983, Center for Leadership Studies ("CLS") created an original literary work entitled "Meeting Effectiveness Inventory Self Report" TX 1-241-297 and the "Meeting Effectiveness Inventory Other Report" TX 1-241-296 (collectively, the "MEI Reports")."   On or about June 4, 1987, CLS assigned its copyright registration for MEI Reports to Leadership Studies.

43.     From the creation of the MEI Reports in June 15, 1983 to the present, CLS and then Leadership Studies continuously complied with the copyright laws of the United States.

44.     The MEI Reports are published works to which Defendant had access,

1  because Jon Warner, its Chairman of the Board, previously was affiliated with an
2  entity that was licensed to distribute Leadership Studies materials including these
3  works.

4      45.    Leadership Studies remains the sole proprietor of all rights, title, and
5  interest in and to the MEI Reports.

6      46.    On or about Nov. 20, 1980, Leadership Studies Productions, Inc.
7  ("LSP") created an original literary work entitled "Essentials of Situational
8  Leadership Leader's Guide."  On or about June 6, 1987, LSP assigned its copyright
9  registration for the "Essentials of Situational Leadership Leader's Guide" to
10 Leadership Studies.  The copyright registration for this publication is TX 634-834.

11     47.    On or about January 31, 1984, LSP created an original literary work
12 entitled "Essentials of Situational Leadership Leader's Guide One."  On or about
13 June 4, 1987, LSP assigned its rights in this publication to Leadership Studies.  The
14 copyright registration for this publication is TX 1-274-812.

15     48.    The "Essentials of Situational Leadership Leader's Guide." "Essentials
16 of Situational Leadership Leader's Guide One," and materials included in related
17 copyrighted publications such as participant's manuals, are referred to collectively
18 herein as "Situational Leadership Leader's Guides."

19     49.    From the creation of the "Situational Leadership Leader's Guides" to
20 the present, LSP and then Leadership Studies continuously complied with the
21 copyright laws of the United States.

22     50.    Leadership Studies remains the sole proprietor of all rights, title, and
23 interest in and to the "Situational Leadership Leader's Guides."

24     51.    "The Situational Leader," is an original literary work written by Dr.
25 Hersey and that was copyrighted and registered with the United States Copyright
26 Office in 1984 by Dr. Hersey and the Center for Leadership Studies with copyright
27 registration number TXu 170-596.

28     52.    "The Situational Leader" is a book that includes certain designs,

1  figures, and diagrams that had not appeared previously in any published works.

2      53.    From the creation of "The Situational Leader" until the present, Dr.
3  Hersey and Leadership Studies continuously have complied with the copyright laws
4  of the United States.

5      54.    These designs, figures, and diagrams also were included in the original
6  literary work by Paul Hersey entitled "Situational Selling" that Dr. Hersey and the
7  Center for Leadership Studies registered with the United States Copyright Office in
8  1985 with copyright registration number TX 1 655 386 .

9      55.    From the creation of "Situational Selling" until the present, Dr. Hersey
10  and Leadership Studies continuously have complied with the copyright laws of the
11  United States.

12      56.    "Situational Selling" included original designs, figures, and diagrams in
13  addition to those that were included in the "The Situational Leader," and that had
14  not appeared previously in any published works.

15      57.    "Management of Organizational Behavior: Leading Human Resources"
16  ("MOB") is a textbook that is authored by Dr. Hersey, Kenneth Blanchard, and
17  Dewey Johnson, and that is copyrighted by Pearson Education Inc.  MOB contains,
18  with express permission from Leadership Studies, materials including designs,
19  figures, and diagrams that are copyrighted and trademarked by Leadership Studies.
20  These materials appear with attribution and bear Leadership Studies' trademark and
21  copyright designations.

22      58.    "Situational Leadership®: The Core Leader's Guide," and "Situational
23  Leadership®: The Core Participant Workbook" (collectively, "The Core") are
24  original literary works originally copyrighted and registered with the United States
25  Copyright Office in 1984, with later updated copyrights, by Center for Leadership
26  Studies, which later assigned the copyrights to Leadership Studies.   They bear
27  copyright registration numbers TX 6-999-058 and TX 6-997-296, respectively.

28      59.    In addition, Leadership Studies is the copyright holder of various

1  subsequent derivative and updated works related to "The Core."

2      60.    From the creation of the original "The Core" until the present, Center

3  for Leadership Studies and Leadership Studies continuously have complied with the

4  copyright laws of the United States.

5      61.    The "Problem-Solving Decision-Making Style Inventory - Self" and

6  "Problem-Solving Decision-Making Style Inventory – Other" (collectively

7  "Problem-Solving Decision-Making Style Inventories") are original literary works

8  originally copyrighted and registered with the United States Copyright Office in

9  1987 by Center for Leadership Studies, which later assigned the copyrights to

10  Leadership Studies in or about September, 1933.  They bear copyright registration

11  numbers TX 1- 214-295 and TX 1-241-294, respectively.

12      62.    In addition, Leadership Studies is the copyright holder of various

13  subsequent derivative and updated works related to the "Problem-Solving Decision-

14  Making Style Inventories."

15      63.    From the creation of the original "Problem-Solving Decision-Making

16  Style Inventories" until the present, Center for Leadership Studies and Leadership

17  Studies continuously have complied with the copyright laws of the United States.

18      64.    Leadership Studies remains the sole proprietor of all rights, title, and

19  interest in and to the LEAD Work, the MEI Reports, the "Situational Leadership

20  Leader's Guides," "The Situational Leader," "Situational Selling," the materials

21  copyrighted by Situational Leadership in MOB, "The Core," "Problem-Solving

22  Decision-Making Style Inventories," and all later and derivative versions of these

23  works including, but not limited to, the original designs, figures, and diagrams

24  contained therein.

25          **DEFENDANTS' INFRINGEMENTS OF LEADERSHIP STUDIES'**

26                  **INTELLECTUAL PROPERTY**

27      65.    ReadyToManage markets and sells online and downloadable "training

28  and development resources" on its website www.readytomanage.com.  The home

1  website provides:

2  At the ReadyToManage Webstore we offer a complete selection
3  of organizational and personal development tools for
   companies, consultants, trainers, facilitators, and individuals to
4  help people reach their potential. We specialize in Management
5  and Leadership skills including topics such as Conflict
   Resolution, Negotiating, Managing Meetings, Problem Solving,
6  Managing Risk, Influencing, Interviewing, Giving Feedback
7  and more. Find eLearning courses, diagnostic assessments,
   development books, customizable training and course kits,
8  interview guides, selection tools and more. All our resources
9  are electronic, so there are never any shipping costs and
   resources are electronically delivered within 24 hours.

10

11 Quoted from http://store.readytomanage.com as of October 19, 2015.

12     66.   Many materials available on the ReadyToManage website infringe
13 upon the Marks and/or include copyrighted materials owned by Leadership Studies.

14     67.   Leadership Studies has not licensed or otherwise authorized
15 ReadyToManage to use its Marks in order to market their products.

16     68.   Leadership Studies has not licensed or otherwise authorized
17 ReadyToManage to market or sell any products created by Leadership Studies.

18     69.   Leadership Studies has not licensed or otherwise authorized
19 ReadyToManage to market or sell any products that include materials copyrighted
20 by Leadership Studies, or any derivatives of Leadership Studies' copyrighted
21 materials.

22     70.   On or about September 30, 2015, Leadership Studies sent a letter to Jon
23 Warner and ReadyToManage in which it demanded that ReadyToManage
24 immediately cease and desist from marketing and selling products that infringe upon
25 Leadership Studies' trademarks and copyrights.  This letter identified no less than
26 eighteen (18) URLs that market materials that infringe upon Leadership Studies'
27 intellectual property.

28     71.   As of the date of this Complaint, ReadyToManage has failed and

0811-1027  439908 1

12

1  refused to remove the identified materials from its website.

2      72.    Instead, in connection with some of the *titles* of the materials,
3  ReadyToManage has changed the phrase "Situational Leadership" to "Contextual
4  Leadership."

5      73.    Despite this Thesaurian change to the title of these materials,
6  Leadership Studies is informed and believes that the materials themselves have not
7  changed, and continue to violate both Leadership Studies' trademarks and
8  copyrights.

9      74.    As an example only, materials previously marketed as providing
10  "Situational Leadership" training and that were edited to provide "Contextual
11  Leadership" training are located at http://store.readytomanage.com/2020MDS-
12  Contextual-Leadership-Workshop-Kit.aspx.   However, other than this one-word
13  substitution, the descriptions remain unchanged and continue to refer to another
14  Leadership Studies trademark referenced above, "Performance Readiness" and the
15  scale that the trademark describes.   Furthermore, Leadership Studies has obtained
16  copies of the actual materials being sold by ReadyToManage and they are
17  unchanged, and continue to infringe upon Leadership Studies' trademarks and
18  copyrights.

19      75.    In fact, when one clicks upon a link for sample materials for the
20  materials identified above, a sample PowerPoint slide with the title "Contextual or
21  Situational Leadership" is the first sample provided.
22  http://store.readytomanage.com/Shared/FreeItems/2020kitsamples/2020%20Eff%20
23  Leadership%203-Contextual%20Leadership%20PPT%20Sample%20Notes.pdf

24      76.    The fourth slide of this sample similarly refers to Situational
25  Leadership® and the fact that the presentation shall include "explore in some detail
26  the principles of Situational Leadership a tried and proven approach to working
27  effectively in leading individuals and groups."

28      77.    Samples of the Participant's Workbook includes a table of contents that

13

1  identifies the following sections: (1) the three components of Situational

2  Leadership®, (2) levels of performance readiness, (3) the overall Situational

3  Leadership® model, and (4) applying the Situational Leadership® model.

4  https://store.readytomanage.com/Shared/FreeItems/2020kitsamples/2020%20wksh

5  %20LEADERSHIP%203%20PWB%20Sample.pdf

6      78.    In addition, intermediate headings in the Participant's Workbook that

7  do not expressly refer to Leadership Studies' trademarks indicate the sequence of

8  subjects in Leadership Studies' copyrighted Situational Leadership® training

9  materials.    These include (1) identifying the task, (2) follower ability and

10  willingness, (3) task versus relationship-based behavior, and (4) adjusting leadership

11  style.

12      79.    Page 3 of the excerpt of the Participant's Workbook expressly states:

13      In this Effective Leadership module *we will be looking in detail at a*
    *specific model that has been mentioned in brief in both the prior*
14      *modules on leadership in this 20-20 MDS® series.  This is the highly*
      *popular and extensively used Situational Leadership® theory*
15      developed originally in Ohio State University and popularised [sic] by
16      others such as Paul Hersey and Ken Blanchard.

17

18  (Emphasis added.)    This excerpt fails to state that theory was, in fact, not

19  "popularized" by Dr. Hersey, but was developed by him and memorialized in

20  several copyrighted works.

21      80.    Page 4 of the excerpt of the Participant's Workbook asks participants

22  "to consider:  Any aspects of the leadership process in general and Situational

23  Leadership® in particular that you would particularly like to learn more about."

24      81.    Page 5 of the excerpt contains a "bull's eye" design that includes a

25  wedge identified as "Situational Leadership®."

26      82.    Leadership Studies is informed and believes that the remainder of the

27  Participant's Workbook contains materials that purport to instruct on Leadership

28  Studies' copyrighted "Situational Leadership®" model and/or that imply to

1   participants that they are being provided training on Situational Leadership®.

2   83.   Among the other infringing materials marketed and sold on
3   ReadyToManage's website are several guides and workbooks that form parts of the
4   so-called "20-20 MDS" series ostensibly copyrighted by WCOD and published by
5   the Worldwide Center for Organizational Development, Inc., an entity that does not
6   appear to exist.   In addition, "20-20 MDS" is printed with the "®" symbol
7   suggesting that it is a registered trademark, but there is no such registered trademark
8   in the United States, the United Kingdom, or Australia, the three countries where
9   WCOD purports to operate.

10   84.   The 20-20 MDS materials including, in particular, those including the
11   "Effective Leadership 2" and "Effective Leadership 3" modules infringe on both
12   Leadership Studies trademarks and copyrights.   Leadership Studies is informed and
13   believes that the "Effective Leadership 2" and "Effective Leadership 3" materials
14   including, but not limited to, the leader and participant workbooks, the PowerPoint
15   presentations, and related materials infringe on Leadership Studies' trademarks and
16   copyrights.

17   85.   In fact, in a scale of plagiarism that would make a high school student
18   blush, large sections of "Effective Leadership 3" are *verbatim* copies of portions of,
19   *inter alia*, "The Situational Leader" and materials related to the LEAD Instrument
20   including the "LEAD Feedback on Leadership Style and Instrument Rationale and
21   Analysis."

22   86.   Other sections contain such minor modifications or edits, that they
23   clearly are substantially similar and infringing.

24   87.   As an example only among scores, Leadership Studies copyrighted
25   work, "The Situational Leader," contains the following language:

26       For nearly 500 years people have debated whether it's better for a
27       leader to have position power or personal power.  In the early 1500s
        Niccolo Machiavelli posed that question in his book, *The Prince*.
28       Machiavelli was asking whether it's better for a leader to be feared or

1  loved by followers.  His answer was that it's best for a leader to have
2  both kinds of power.

3  Dr. Paul Hersey, "The Situational Leader" p.74 (Fourth Pub. 2004).

4       88.    The MDS Materials contain the following language:

5      For nearly 500 years people have debated whether it's better for a
6  leader to have position power or personal power.  In the early 1500s
   Niccolo Machiavelli posed that question in his book, *The Prince*.
7  Machiavelli was asking whether it's better for a leader to be feared or
8  loved by followers. <u>Perhaps not surprisingly in light of what we know
   from research today,</u> [h]is answer was that it's best for a leader to
9  have both kinds of power.

10 WCOD "20/20 MDS Effective Leadership 3," p.82 (with the only "new" language
11 underlined).

12      89.    ReadyToManage additionally markets and sells materials entitled
13 "Situational Training®," and that include materials copyrighted by Leadership
14 Studies.

15      90.    "Situational Training" is *not* a registered trademark in the United States
16 by *any* entity.  To the contrary, the use of the "®" symbol in conjunction with
17 materials clearly identical to, or derivative of, Leadership Studies' copyrighted
18 materials clearly suggests affiliation with, or endorsement by, Leadership Studies.

19      91.    In fact, page 7 of a set of "Situational Training" materials contains the
20 following statement: "The Situational Training® model is derived from the original
21 research in Situational Leadership *and uses exactly the same underpinning*
22 *dimensions* but labels the four quadrants quite differently (as they related to
23 communication rather than leadership styles."  (Emphasis added.)

24      92.    The overall copyright featured in the footer of each of the pages of the
25 "Situational Training" materials states "©Worldwide Center for Organizational
26 Development & Warner RESULTS Coaching, 2005."

27      93.    Leadership Studies has never licensed nor otherwise authorized WCOD
28 or any other Warner-related entity to create, let alone copyright, any materials

16

1   containing or derivative of Leadership Studies' copyrighted materials.

2       94.   The "Situational Training" materials also contain diagrams that infringe

3   on Leadership Studies' copyrighted materials.  The version on page 16 bears its own

4   purported copyright notice that reads as follows: "©Copyright 2003 WCOD and

5   Center for Leadership Studies.  All Rights Reserved."

6       95.   Leadership Studies has never co-copyrighted any materials with

7   WCOD, and has never authorized WCOD to create, let alone copyright, materials

8   clearly derivative of Leadership Studies' copyrighted diagrams and figures.

9       96.   Specifically, Leadership Studies never coauthored, or co-copyrighted,

10   the diagram that appears on page 16 of the "Situational Training" materials available

11   on ReadyToManage's website.

12       97.   For purposes of clarity, Leadership Studies has never licensed or

13   otherwise authorized (a) WCOD or any other Warner-affiliated entity to create or

14   copyright "Situational Training" materials that infringe Leadership Studies'

15   copyrights, (b) WCOD to co-copyright any materials with Leadership Studies, or (c)

16   ReadyToManage to market, sell, or publish such infringing materials.

17       98.   The ReadyToManage website also markets and sells no less than nine

18   (9) "trainer job aids" that infringe upon Leadership Studies' Marks and copyrights.

19       99.   The ReadyToManage website has a program defined variously as its

20   "Problem Solving and Decision Making Style Inventory" and "Situational Problem

21   Solving Style" located at http://store.readytomanage.com/store/p/216-Situational-

22   Problem-Solving-Style-Online.aspx.   In   connection   with   this   "Inventory"

23   ReadyToManage provides a sample report that infringes on Leadership Studies'

24   trademarks and copyrights at http://www.profiles-r-us.com/samples/SAF-PSI.pdf

25   that is hosted on the Profiles-R-Us website.

26       100.  In addition, the cover image of the "Problem Solving and Decision

27   Making Style Inventory" at the above link contains the Quadrant Mark and shows

28   that it is purportedly copyrighted by "Center for Leadership Studies & Worldwide

17

1  Center for Organizational Development."  Leadership Studies has not copyrighted
2  any materials jointly with WCOD, has not authorized WCOD to copyright any
3  materials on its behalf, and has not authorized WCOD to create any materials
4  derivative of materials copyrighted by WCOD.

5      101.  ReadyToManage's website also states that the "Problem Solving and
6  Decision Making Style Inventory" was authored by "Dr Walt NateMeyer [sic] and
7  Dr Jon Warner."

8      102.  Leadership Studies is informed and believes that the so-called
9  "Problem Solving and Decision Making Style Inventory" marketed and sold on the
10  ReadyToManage website is a document authored by Dr. Hersey and Dr. Walt
11  Natemeyer, and that ReadyToManage replaced Dr. Hersey's name with that of Dr.
12  Jon Warner when, in fact, the "Problem Solving and Decision Making Style
13  Inventory" is virtually identical to, and/or a substantially similar derivative of, the
14  original authored by Dr. Hersey.

15      103.  Leadership Studies has not authorized WCOD, ReadyToManage,
16  Profiles-R-Us, or any other person or entity affiliated with them to prepare, market,
17  or sell any materials such as "Problem Solving and Decision Making Style
18  Inventory " bearing its Marks, its name, or other purported endorsement, let alone
19  one that infringes on Leadership Studies' copyrights.

20      104.  The ReadyToManage website also markets and sells a "Meeting
21  Effectiveness Inventory" at http://store.readytomanage.com/store/p/195-Meeting-
22  Effectiveness-Inventory-Online.aspx ostensibly available through Profiles-R-Us.
23  The face page of the materials as shown on the website contains Leadership Studies
24  Quadrant Mark and states that it is "© Center for Leadership Studies and ACLS,"
25  but also states that its "publisher" is WCOD and that the "author" is Warner.

26      105.  Leadership Studies is informed and believes that "ACLS" refers to the
27  Australian Center for Leadership Studies that was an affiliate of CLS.

28      106.  However, Leadership Studies is the copyright holder of a document

0811-1027 / 439908.1

18

1  entitled MEI Reports generated based on users' completion of the inventory.

2      107.  Leadership Studies has never authorized or licensed ReadyToManage

3  Profiles-R-Us, WCOD, or Warner to publish, market, or sell the "Meeting

4  Effectiveness Inventory" that appears on ReadyToManage's website.

5      108.  In addition, Leadership Studies has not authorized ReadtyToManage,

6  Profiles-R-Us, WCOD, or Warner to publish, market, or sell a "Meeting

7  Effectiveness Inventory" that bears the Quadrant Mark or that bears a copyright

8  attributed to the Center for Leadership Studies, although Leadership Studies is

9  informed and believes that the materials therein infringe on its copyrights.

10     109.  Similarly, Leadership Studies has not authorized Warner to attribute his

11  authorship to any materials copyrighted by Leadership Studies including, but not

12  limited to, Leadership Studies' MEI Reports

13     110.  The "sample report" provided in connection with the "Meeting

14  Effectiveness Inventory" infringes upon Leadership Studies' copyrights and is

15  available at http://www.profiles-r-us.com/samples/SAF-MEI.pdf , a website that

16  Plaintiff is informed and believes is affiliated with Profiles-R-Us.

17     111.  Leadership Studies is informed and believes that the "Meeting

18  Effectiveness Inventory" available on the Ready-To-Manage website likewise

19  infringes upon Leadership Studies' copyrighted MEI Reports.

20     112.  The "Meeting Effectiveness Inventory" is marketed and sold in

21  conjunction with other "Meeting Effectiveness" materials and programs on the

22  ReadyToManage website such that for the "20/20 MDS Effective Meetings"

23  program which states, "[i]t is recommended that participants also undertake the

24  Meeting   Effectiveness   Profile   as   a   part   of   this   module."   *See*

25  http://store.readytomanage.com/2020MDS-Workshop-Kit-Effective-Meetings.aspx

26  ("This workshop kit has a linked assessment, the *Meeting Effectiveness Inventory*

27  which can be found in the webstore.  It is recommended that you consider including

28  the assessment as part of the participant preparation for the course.  It is not

1  required, but some of the content in the Workshop Presentation PowerPoint refers to
2  the assessment and the dimensions measured in it.").

3      113. The ReadyToManage website also markets and sells other "diagnostic
4  assessments and profiles," primarily available through Profiles-R-Us that infringe on
5  Leadership Studies Marks and infringe directly upon, or are derivative of,
6  Leadership Studies' copyrights.

7      114. In fact, in or about 2007, Leadership Studies contacted Jon Warner and
8  WCOD, who was then marketing these same infringing profiles from Profiles-R-Us,
9  and demanded that they be removed. Although WCOD appeared to comply with
10  Leadership Studies' demand, these same materials are now, again, available through
11  Profiles-R-Us' and ReadyToManage's websites.

12      115. Profiles-R-Us' website includes numerous materials that infringe upon
13  Leadership Studies' Marks and copyrights. For example, it includes numerous
14  "sample reports" of its profiles such as the one entitled "Situational
15  Communication® Style Assessment (SCA) – Self Report" located at
16  http://www.profiles-r-us.com/samples/SAF-SCA.pdf . This report refers directly to
17  "Situational Leadership®" and lifts materials directly from Leadership Studies'
18  copyrighted materials.

19      116. In fact, although the profile referred to in paragraph 115 above,
20  purports to refer to "Situational Communication®," Situational Communication is
21  the trademark of a Canadian entity owned by an author whose book, "Situational
22  Communication" – that is out-of-print – contains none of the analysis in the
23  Profiles-R-Us' profile. To the contrary, the materials in the "Situational
24  Communication" profile infringe upon Leadership Studies' intellectual property.

25      117. Other infringing profiles on the Profiles-R-Us website include those
26  entitled "Situational Instruments – Problem-solving and Decision Making Style,"
27  "Situational Instruments – Meetings Effectiveness," "Situational Instruments –
28  Presentation Style Assessment," and "Situational Instruments – Interviewing Style

20

1   Assessment."

2      118.   A page on the ReadyToManage site that markets the profiles

3   purportedly provided by WCOD and Team Publications through Profiles-R-Us

4   states "Assessments that help to measure a particular task or situation (and how a

5   particular individual handles it). Instruments which take a 'Situational' perspective

6   generally use a four quadrant grid format to help an individual to determine which

7   style he or she seems to favor the most in a given situation. Once known the person

8   can access how readily he or she may be able to 'flex' into the available styles in

9   order to match the different circumstances or 'Situations' that may be encountered

10   on a day to day basis."   http://store.readytomanage.com/store/p/171-Decision-

11   Making-Style-Mini-Profile-Online.aspx.

12      119.   Leadership Studies is informed and believes that each of these

13   assessments and the reports prepared for users infringes directly upon Leadership

14   Studies' copyrighted materials and/or is derivative thereof such that there is

15   substantial similarity between those materials and Leadership Studies' copyrighted

16   materials.

17      120.   ReadyToManage also maintains a blog written by Warner that contains

18   entries that infringe upon Leadership Studies' Marks and copyrighted materials.  For

19   example, the blog entry at http://blog.readytomanage.com/coaching-styles/ entitled

20   "Coaching Styles," concerns the "Situational Coaching model" and consists largely

21   of Leadership Studies' copyrighted materials including materials on Situational

22   Coaching® copyrighted by Leadership Studies in 2007.

23      121.   Toward the end of each of the ReadyToManage blog entries, readers

24   are referred to purchase related materials through links on the ReadyToManage

25   website; accordingly, the blog entries not only infringe upon Leadership Studies'

26   intellectual property, but also are used to market materials available for sale on

27   ReadyToManage's website.

28      122.   The foregoing is not an all-inclusive list of all of the materials that are

sold, and have been sold, on ReadyToManage's website or on the Profiles-R-Us website. Although Leadership Studies has obtained copies of many infringing materials, it has not been able to view all of those available from Defendants, but is informed and believes that numerous other materials on these websites similarly infringe upon its Marks and copyrights based on the descriptions of the materials and/or the fact that they relate to and/or accompany materials known to infringe on Leadership Studies' intellectual property.

## FIRST CAUSE OF ACTION

**(Trademark Infringement under the Lanham Act § 32(1)(a), 15 U.S.C.A. § 1114(1)(a) Against All Defendants)**

123. Leadership Studies hereby repeats and incorporates by this reference the allegations contained in all preceding paragraphs, inclusive, as though set forth here in full.

124. The Marks, as referenced above, are all duly registered trademarks with the United States Patent and Trademark Office.

125. Defendants have no license or other authorization from Leadership Studies to use any of the Marks.

126. Defendants are using the Marks in connection with the sale, offering for sale, distribution, and advertising of training materials that they offer for sale, and that are related, and similar, or even virtually identical, to those provided by Leadership Studies.

127. These uses by Defendants are likely to cause confusion, or to cause mistake, or to deceive the public as a result of the overall similarity of the marks in sound, appearance and meaning.

128. In addition, Defendants use and have used derivative marks in connection with goods or services which are both competitive with and related to Leadership Studies' goods and services. These derivative marks are ones incorporating the term "Situational" and purport to be affiliated with, or derivative

1    of, "Situational Leadership."

2        129.   Defendants' uses of the derivative marks infringe on Leadership

3    Studies' Marks in violation of the Section 32(1)(a) of the Lanham Act, 15 U.S.C.A.

4    § 1114(1)(a).

5        130.   Defendants' uses of the Marks and derivative marks have been done

6    willfully and in bad faith, with knowledge that these uses are intended to cause

7    confusion, or to cause mistake, or to deceive.

8        131.   These uses have been done deceptively and fraudulently because, based

9    on prior requests that WCOD, Profiles-R-Us, and Warner cease and desist

10   marketing infringing materials that contain Leadership Studies' trademarks,

11   Defendants purported to comply and then surreptitiously continued to offer the same

12   materials using different websites and URLs.

13       132.   Defendants' uses of the Marks and derivative marks are likely to cause

14   confusion, or to cause mistake, or to deceive the public.  In fact, Leadership Studies

15   is aware of actual confusion by the public with regard to Defendants' products and

16   services.

17       133.   Leadership Studies seeks statutory damages for Defendants' use of the

18   Marks and derivative marks because they infringe upon Leadership Studies'

19   trademarks.

20       134.   Leadership Studies seeks actual damages, in any amount up to three (3)

21   times Plaintiff's actual damages and Defendants' profits in connection with their

22   uses of the infringing marks.

23       135.   Leadership Studies seeks an Order impounding all materials that bear

24   the infringing marks under such terms as the Court deems just.

25       136.   Leadership Studies seeks preliminary and permanent injunctive relief to

26   bar Defendants from using the Marks and derivative marks.

27   / / /

28   / / /

## SECOND CAUSE OF ACTION

### (Copyright Infringement Against Defendants)

137.   Leadership Studies hereby repeats and incorporates by this reference the allegations contained in all preceding paragraphs, inclusive, as though set forth here in full.

138.   Leadership Studies remains the sole proprietor of all rights, title, and interest in and to many published and unpublished work including, but not limited to, the LEAD Work, the MEI Reports, the "Situational Leadership Leader's Guides," "The Situational Leader," "Situational Selling," the materials copyrighted by Situational Leadership in MOB, "The Core," "Problem-Solving Decision-Making Style Inventories," and all later and derivative versions of these works including, but not limited to, the original designs, figures, and diagrams contained therein.

139.   Defendants have willfully infringed upon Leadership Studies' copyrights in the above materials, and others, by publishing, marketing, and selling works, without a license, that copy original elements of these works including, specifically, the original designs, figures, and diagrams contained therein.

140.   Defendants have copied, verbatim, and with minor modifications, the whole or portions of Leadership Studies' copyrighted works as described above, leaving no doubt that the copied material is substantially similar, large portions of many of these works.

141.   Defendants do not have any license, permission, or other right to use any portions of Leadership Studies' works.

142.   Leadership Studies has been damaged by Defendants' unauthorized infringement upon Leadership Studies' copyrights, and their elements.

143.   Leadership Studies will ask this Court for a preliminary and permanent injunction prohibiting Defendants from marketing and selling materials that infringe upon Leadership Studies' copyrights pursuant to 17 U.S.C. §502.

144. Leadership Studies will ask this Court for an Order impounding and providing for the disposition or destruction of all of Defendants' materials that infringe upon Leadership Studies' copyrights pursuant to 17 U.S.C. §503.

## THIRD CAUSE OF ACTION

### (Unfair Competition Against All Defendants)

145. Leadership Studies hereby repeats and incorporates by this reference the allegations contained in all preceding Paragraphs, inclusive, as though set forth here in full.

146. California's UCL provides a cause of action for business practices that are (1) unlawful, (2) unfair, or (3) fraudulent. Cal. Bus. & Prof. Code §§ 17200, et seq. (the "UCL").

147. In addition, the UCL prohibits false and misleading advertising. Cal. Bus. & Prof. Code §§ 17500, et seq.

148. Defendants' actions, as described herein, are and have been both "unlawful" and "unfair" as proscribed by California's UCL.

149. Specifically, Defendants' actions in connection with their use of the Marks and derivative marks are unlawful because they violate Leadership Studies' rights under Federal trademark law as described above.

150. In addition, Defendants' actions in connection with their use of the Marks and derivative marks have been unfair and have been deceptive to both Leadership Studies and the public consumers of Defendants' and Leadership Studies' products, and have caused Leadership Studies competitive harm.

151. Defendants' uses of the Marks and derivative marks also are false and misleading advertising because they inform the public that these marks are affiliated with, and related to, "Situational Leadership®."

152. Leadership Studies has been damaged by Defendants' violations of California's UCL, and is entitled to its damages and attorney fees resulting therefrom.

153. Defendants' actions have been unscrupulous because they have purported to comply with demands that they cease and desist from infringing on Leadership Studies' Marks, but then proceeded, after an uncertain period of time, to again market and sell the infringing products.

154. Leadership Studies will ask this Court for a preliminary and permanent injunction prohibiting Defendants from marketing and selling materials that infringe upon Leadership Studies' Marks.

## FOURTH CAUSE OF ACTION

### (Accounting Against All Defendants)

155. Leadership Studies hereby repeats and incorporates by this reference the allegations contained in all preceding paragraphs, inclusive, as though set forth here in full.

156. The amount of money owed to Leadership Studies by Defendants, and each of them, arising out of both the materials that infringe upon Leadership Studies' trademarks and copyrights, is unknown to Leadership Studies and cannot be ascertained without an accounting of Defendants' respective financial affairs. Therefore, Leadership Studies asks that the Court decree that Defendants, and each of them, account to Leadership Studies for all property and profits owed to it both in connection with prior infringing and currently infringing materials that are, or have been, published, marketed, and/or sold by Defendants.

## FIFTH CAUSE OF ACTION

### (Declaratory Relief Against All Defendants)

157. Leadership Studies hereby repeats and incorporates by this reference the allegations contained in all preceding paragraphs, inclusive, as though set forth here in full.

158. An actual controversy has arisen between Defendants and Leadership Studies concerning Defendants' publishing, marketing, and selling of materials that infringe on Leadership Studies' Marks and copyrighted materials.

159.   Leadership Studies asserts that all uses of the Marks, and derivative marks by Defendants violate Leadership Studies' registered trademark rights.

160.   Leadership Studies asserts that all uses of its copyrighted materials by Defendants violate Leadership Studies' copyright rights.

161.   A judicial declaration of the respective parties' legal rights and duties is necessary.   In the absence of such a decree, Leadership Studies will suffer irreparable injury due to Defendants' ongoing infringement of its Marks and copyrights.

162.   Therefore, Leadership Studies seeks a decree declaring that:

(a)   The Materials prepared, published, marketed, and/or sold by Defendants, or any of them, and identified by Plaintiff that include any or all of Plaintiff's Marks infringe upon Plaintiff's Marks.

(b)   The Materials prepared, published, marketed, and/or sold by Defendants, or any of them, and identified by Plaintiff's that infringe on Plaintiff's copyrights.

**WHEREFORE, Plaintiff Prays for Judgment As Follows:**

**ON ALL CAUSES OF ACTION**

1.   For general and special compensatory damages according to proof;

2.   For costs of suit and reasonable attorney's fees incurred herein;

3.   For prejudgment interest at the legal rate; and

4.   For such other and further relief, including equitable relief, as the court may deem just and proper.

**ON THE FIRST CAUSE OF ACTION**

5.   For statutory damages according to proof;

6.   For Leadership Studies' actual damages, in any amount up to three (3) times Plaintiff's actual damages and Defendants' profits in connection with their uses of the infringing marks;

7.   For an Order impounding all materials that bear the infringing marks

0811-1027 / 439908.1

COMPLAINT

1 | under such terms as the Court deems just; and

2 |     8.    For preliminary and permanent injunctive relief to bar Defendants from

3 | using the Marks and derivative marks;

4 |     9.    For Plaintiff's attorney fees and costs of suit.

5 | **ON THE SECOND CAUSE OF ACTION**

6 |     163.  For preliminary and permanent injunctive relief to prevent or restrain

7 | the infringement of the LEAD Work, the MEI Reports, the "Situational Leadership

8 | Leader's Guides," "The Situational Leader," "Situational Selling," the materials

9 | copyrighted by Situational Leadership in MOB, "The Core," "Problem-Solving

10 | Decision-Making Style Inventories," and all later and derivative versions of these

11 | works including, but not limited to, the original designs, figures, and diagrams

12 | contained therein and any other works on which Leadership Studies is the copyright

13 | holder;

14 |     164.  For an order impounding the publications infringing on "the LEAD

15 | Work, the MEI Reports, the "Situational Leadership Leader's Guides," "The

16 | Situational Leader," "Situational Selling," the materials copyrighted by Situational

17 | Leadership in MOB, "The Core," "Problem-Solving Decision-Making Style

18 | Inventories," and all later and derivative versions of these works including, but not

19 | limited to, the original designs, figures, and diagrams contained therein, and any

20 | other of Defendants' works found to be infringing Leadership Studies' copyrighted

21 | publications, under such terms as the Court finds just;

22 |     10.   For Leadership Studies' actual damages and Defendants' profits

23 | according to proof;

24 |     11.   For an award of statutory damages for all infringements involved in the

25 | action, with respect to the above works, for which any one Defendant is liable

26 | individually, or for which any two or more Defendants are liable jointly and

27 | severally, in a sum of between $750 and $30,000 per work pursuant to 17 U.S.C.

28 | §504(c)(1);

12.    For an award of statutory damages for all willful infringements involved in this action of $150,000 for each infringement pursuant to 17 U.S.C. §504(c)(2);

13.    For a preliminary and permanent injunction prohibiting Defendants from producing, publishing, marketing, selling, or otherwise using any materials that infringe upon Plaintiff's copyrights;

14.    For an Order to impound and dispose or destroy all materials in Defendants' possession, custody, or control that infringe upon Plaintiff's copyrights;

15.    For Plaintiff's attorney fees and costs pursuant to 17 U.S.C. §505;

## ON THE THIRD CAUSE OF ACTION

16.    For a preliminary and permanent injunction prohibiting Defendants from marketing and selling materials that infringe upon Leadership Studies' Marks and copyrights;

## ON THE FOURTH CAUSE OF ACTION

17.    For a decree that Defendants, and each of them, account to Leadership Studies for all property and profits owed to it;

## ON THE FIFTH CAUSE OF ACTION

18.    For a declaration that:

(a)    The Materials prepared, published, marketed, and/or sold by Defendants, or any of them, and identified by Plaintiffs' that include any or all of Plaintiffs' Marks infringe upon Plaintiffs' Marks.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

COMPLAINT

1               (b)    The Materials prepared, published, marketed, and/or sold

2  by Defendants, or any of them, and identified by Plaintiffs' that infringe on

3  Plaintiffs' copyrights.

4

5                               Respectfully submitted:

6  Dated: December 8, 2015         ZUBER LAWLER & DEL DUCA LLP

7

8

9                               Michele M. Desoer
                               Jeffrey J. Zuber

10

11

12

13                   By: */s/ Michele M. Desoer*
                              Attorneys for Plaintiff Leadership Stuides,
14                               Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28