UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | 2:15-cv-09459-CAS (AJWx) | Date | September 15, 2016 |
|---|---|---|---|
| Title | LEADERSHIP STUDIES, INC. V. READYTOMANAGE, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - PLAINTIFF'S FEE APPLICATION (Dkt. 76, Filed August 29, 2016)

On August 16, 2016, the Court set aside a default judgment in this case, conditioned upon defendants' payment to plaintiff of associated, reasonable costs.  The Court directed plaintiff to file, "any necessary declarations and supporting documentation establishing their reasonable attorneys' fees and costs associated with their filing of their motion for default judgment and their opposition to moving defendants' ex parte application."  Dkt. 75.

On August 29, 2016, plaintiff filed a declaration and exhibits regarding plaintiffs attorney's fees and costs.  Dkt. 76.  On September 12, 2016, defendants filed a memorandum in opposition to plaintiff's fee submission.  Dkt. 77.

In light of defendant's legal arguments, plaintiff is hereby **directed to file a reply** in support of their fee application **no later than September 22, 2016**.  Thereafter, the matter will remain under submission.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |