MICHELE M. DESOER (SBN 119667)
 *mdesoer@zuberlaw.com*
JEFFREY J. ZUBER (SBN 220830)
 *jzuber@zuberlaw.com*
A. JAMES BOYAJIAN (SBN 275180)
 *jboyajian@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Plaintiff Leadership Studies, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LEADERSHIP STUDIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>READYTOMANAGE, INC., a California corporation, WORLDWIDE CENTER FOR ORGANIZATIONAL DEVELOPMENT, LLC, a California Limited Liability Company, TEAM PUBLICATIONS, a company of unknown entity form, PROFILES-R-US.COM, Pty. Ltd., an Australian proprietary limited company, JON WARNER, an individual, and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. 2:15-cv-9459 CAS(AJWx)<br><br>**[PROPOSED] JUDGMENT IN A CIVIL ACTION**<br><br>*[Filed Concurrently Herewith: Application to the Clerk to Tax Costs (Form CV-59)]* |

# **JUDGMENT**

This action was decided by the Hon. Christina A. Snyder on a motion for default judgment. [Minute Order, Dkt. 92, filed June 02, 2017.] The Court has ordered that the plaintiff, Leadership Studies, Inc. ("Leadership Studies") recover from all defendants, including Jon Warner, Ready to Manage, Inc., Team Publications, Worldwide Center for Organizational Development, LLC, and Profiles-R-Us.com, Pty. Ltd., *jointly and severally* the amount of one million one hundred twenty eight thousand nine hundred thirty dollars and eighty nine cents ($1,128,930.89), which is comprised of: (a) $1,100,000 in statutory damages for trademark and copyright infringement; (b) $25,600 in attorneys' fees; and (c) $3,330.89 in costs.

The Court had earlier ordered three of the five defendants, including Jon Warner, Ready to Manage, Inc., and Team Publications ("Moving Defendants") to *also* compensate Leadership Studies for its attorneys' fees and costs in the amount of $158,020.39 associated with both Moving Defendants' (a) motion to set aside the Clerk's initial entry of default [Dkt. 54, filed 06/23/2016] and (b) opposition to Leadership Studies' motion for default judgment [Dkt. 47, filed June 8, 2016]. [Minute Orders, Dkt. 75 p.13, filed August 16, 2016, and Dkt. 84 p.3, filed January 13, 2017.]

Plaintiff is additionally entitled to post judgment interest at the rate of 10.00% per annum along with additional costs, pursuant to its application to tax costs (see form CV-59 submitted herewith), taxed in the amount of $2,289.08.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Accordingly, judgment is hereby entered in favor of plaintiff Leadership Studies, Inc. for $1,289,240.36 and 10% post-judgment interest per annum against each of the defendants, jointly and severally, up to the following respective amounts:

1. Jon Warner: $1,289,240.36 and 10% post-judgment interest per annum;
2. Ready to Manage, Inc.: $1,289,240.36 and 10% post-judgment interest per annum;
3. Team Publications: $1,289,240.36 and 10% post-judgment interest per annum;
4. Worldwide Center for Organizational Development, LLC: $1,131,219.97 and 10% post-judgment interest per annum; and
5. Profiles-R-Us.com, Pty. Ltd.: $1,131,219.97 and 10% post-judgment interest per annum.

DATED: October 13, 2017

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT